**Order entered June 29, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00118-CR

### ANTONIO LAMAR COCHRAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F15-76529-H

## ORDER

The reporter's record was due May 22, 2018. When it was not filed, we notified court reporter Crystal Jones by postcard dated May 24, 2018 that the reporter's record was overdue. We directed Ms. Jones to file, by June 23, 2018, (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record. To date, the reporter's record has not been filed, and we have had no communication from Ms. Jones.

We **ORDER** court reporter Crystal Jones to file (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Robert Burns, Presiding Judge, Criminal District Court No. 1; Crystal Jones, court reporter, Criminal District Court No. 1; and to counsel for all parties.


/s/     LANA MYERS
         JUSTICE